1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE JAMES MINCEY, JR., LINDA          No.  2:20-cv-0571 JAM DB PS
     A. MASON-MINCY,
12

13              Plaintiffs,                   ORDER

14        v.

15   BETTY M. PUIIA, BETTY M. COMEAU,
     BETTY M. COMEAU, Trustee of the
16   Betty M. Comeau Trust Dated May 7,
     2019, UNITED STATES, et al.,
17

18              Defendants.

19

20        Plaintiffs Willie James Mincey, Jr., and Linda A. Mason-Mincy, are proceeding in this

21   action pro se.  This matter was referred to the undersigned in accordance with Local Rule

22   302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiffs commenced this action of March 16, 2020, by

23   filing a complaint and paying the required filing fee.  (ECF No. 1)

24        On October 2, 2020, defendants filed an ex parte application for an extension of time to

25   respond to plaintiffs' complaint.  (ECF No. 16.)  Although it is defendants' third ex parte request

26   for an extension of time, defendants explain that the "delays caused by the COVID-19 pandemic"

27   have prevented defendants from obtaining "potentially dispositive *res judicata* records from

28   ////

                                               1

1992" held by the Federal Records Center.  (ECF No. 16-1 at 1.)  Good cause appearing, defendants' request for a third extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendants' October 2, 2020 ex parte request for an extension of time (ECF No. 16) is granted; and

2.  Defendants shall file a response to plaintiffs' complaint within forty-five days of the date of this order.

Dated:  October 12, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\mincey0571.eot3.ord

2