UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMES MINCEY, JR., LINDA A. MASON-MINCEY, | No. 2:20-cv-0571 JAM DB PS |
| Plaintiffs, | ORDER |
| v. | |
| BETTY M. PUIIA, BETTY M. COMEAU, BETTY M. COMEAU, Trustee of the Betty M. Comeau Trust Dated May 7, 2019, UNITED STATES, et al., | |
| Defendants. | |

Plaintiffs are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 19, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 19, 2021 (ECF No. 23) are adopted in full;

2. Defendant's November 25, 2020 motion to dismiss (ECF No. 19) is granted;

3. The complaint filed March 16, 2020 is dismissed without prejudice; and

4. This action is closed.

Dated:  August 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE